IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00177-BNB

JEREMY V. PINSON,

      Applicant,

v.

SARA M. REVELL,

      Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
                   CLERK

## ORDER DISMISSING CASE

Applicant Jeremy V. Pinson, a federal prisoner currently housed in the State of Colorado, filed a 28 U.S.C. § 2241 action on January 29, 2008. On February 8, 2008, Mr. Pinson filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a). In the Motion, Applicant states that he seeks a voluntary dismissal because an "amicable resolution of the matter has occurred." Accordingly, the Court will dismiss the action.

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the Applicant without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondents in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); ***Hyde Constr. Co. v.***

*Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file

as of February 8, 2008. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is

effective as of February 8, 2008, the date Applicant filed the Notice in the action.

DATED at Denver, Colorado, this 14 day of _____ February _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00177-BNB

Jeremy Pinson
Reg. No. 16267-064
USP - Florence
PO Box 7000
Florence, CO 81226


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk